IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| *Plaintiff-Respondent* | } | |
| | } | |
| v. | } | CRIMINAL ACTION NO. H-95-142-43 |
| | } | CIVIL ACTION NO. H-03-3861 |
| FEDERICO PEREZ, JR., | } | |
| *Defendant-Petitioner* | } | |

## MEMORANDUM AND ORDER

Presently before the Court are Petitioner Federico Perez Jr.'s "Motion to Eliminate Enhancements and Reduce Sentence" (Doc. 5574 & 5590); the Government's response and motion to dismiss (Doc. 5664); Petitioner's reply (Doc. 5670); and the Magistrate Judge's Memorandum and Recommendation (Doc. 5668). After carefully considering the record and the applicable law, the Court concludes that the Government's motion to dismiss should be **GRANTED** and that Petitioner's "Motion to Eliminate Enhancements and Reduce Sentence" should be **DISMISSED WITHOUT PREJUDICE**. The Court adopts the Magistrate Judge's Memorandum and Recommendation in full.

**SIGNED** at Houston, Texas, this 27th day of September, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE