IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| *Plaintiff-Respondent* | } | |
| | } | |
| v. | } | CRIMINAL ACTION NO. H-95-142-43 |
| | } | CIVIL ACTION NO. H-03-3861 |
| FEDERICO PEREZ, JR., | } | |
| *Defendant-Petitioner* | } | |

## ORDER DISMISSING ACTION

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Petitioner Federico Perez Jr.'s Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and his action **DISMISSED**.

**SIGNED** at Houston, Texas, this 27th day of September, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE